JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. WATSON, | ) Case No. EDCV 12-2035-DTB |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| ENCORE CREDIT CORPORATION, a California Corporation, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 7, 2013

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1